UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Magistrate No.
07M-1082-JGD

UNITED STATES OF AMERICA

v.

ROBERT H. BRADY

**MEMORANDUM AND ORDER OF DETENTION**

December 12, 2007

DEIN, M.J.

The defendant is charged in a criminal complaint with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1). An initial appearance was held on December 7, 2007, at which time the government moved for detention on the grounds that the defendant poses a danger to the community, and that detention is warranted under 18 U.S.C. §§ 3142(f)(1)(A), and (f)(1)(E). The defendant was represented by counsel.

A probable cause and detention hearing was held on December 12, 2007, at which time the defendant was represented by counsel. At the onset of the hearing, the defendant consented to the entry of an order of detention, without prejudice to his right to present witnesses and propose specific conditions of release at a later date. The government then presented the testimony of Special Agent John Mercer of ATF on the issue of probable cause. Defense counsel cross-examined Agent Mercer, but did not

introduce any evidence.  At the conclusion of the hearing, the court found probable cause.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1) That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3) On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing for the purpose of considering specific conditions of release, regardless whether there have been changed circumstances.

    / s / Judith Gail Dein
Judith Gail Dein
United States Magistrate Judge